NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: WILLIAM D. HOBER, INC.,
*Appellant*

---

2016-2181

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 85643266.

---

## JUDGMENT

---

THOMAS HENRY BOYD, Winthrop & Weinstine, PA, Minneapolis, MN, argued for appellant. Also represented by WESLEY DAVID ANDERSON, STEPHEN ROBERT BAIRD.

THOMAS L. CASAGRANDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, CHRISTINA HIEBER, THOMAS W. KRAUSE.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


 August 21, 2017        /s/ Peter R. Marksteiner
Date                 Peter R. Marksteiner
Clerk of Court